# IN THE UNITED STATES DISTRICT COURT
## FOR THE ORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

**v.**                                          **Case No. 1:22-cr-16-AW-MAL**

**EMMANUEL MARTINEZ VEGA,**

    **Defendant.**

_____/

## REPORT AND RECOMMENDATION
## <u>CONCERNING PLEA OF GUILTY</u>

On this date, the Defendant, EMMANUAL MARTINEZ VEGA, by consent and referral, appeared before me and entered a plea of guilty to conspiracy to distribute or to possess with intent to distribute 5 kilograms or more of cocaine, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A)(ii), as charged in Count One of the Indictment.

The undersigned addressed Defendant personally in open court, with the assistance of the designated interpreter Eduardo Arenas (*see* docs. 51 and 52), concerning each of the subjects required by Rule 11 of the Federal Rules of Criminal Procedure. Whereupon I make the following findings:

1. Defendant is alert, intelligent, and understands the nature of the charges against him and the consequences of pleading guilty.

1

2.  Defendant speaks and understands the English language and only needed the interpreter to assist with one or two words.

3.  Defendant understands that his answers during the plea colloquy, which were under oath, may be later used against him in a prosecution for perjury or false statement.

4.  Defendant understands that he has a right to trial by jury, to persist in his prior plea of not guilty, to assistance of counsel at trial, to appointment of counsel, to confront and cross-examine adverse witnesses, to be protected from compelled self-incrimination. Defendant understands that he is waiving these rights by pleading guilty.

5.  Defendant understands the maximum and mandatory minimum sentence he faces if the guilty plea is accepted, including the effect of the supervised release term, fine, special monetary assessment, restitution, and forfeiture. The Defendant understands that the sentencing guidelines apply and that the court may depart from those guidelines under some circumstances.

6. Defendant entered his guilty freely, knowingly, and voluntarily, without any force, threats, promises, or plea agreement under Federal Rule of Criminal Procedure 11(c).

7. There is a factual basis for Defendant's guilty plea.

8. Defendant made his decision to plead guilty with the advice and counsel of a competent attorney with whom Defendant acknowledged he was satisfied.

9. Defendant has voluntarily consented to go forward with his plea of guilty before the undersigned. He understands that he has waived the fourteen-day period for filing objections to this report and recommendation, and he agrees that he has twenty-four hours from receipt of a copy of this report and recommendation in which to file written objections, if any. The United States also consents to this procedure, including the shorter period for objections.

Accordingly, it is RECOMMENDED that the Court ACCEPT the plea of guilty and that the Defendant be adjudicated guilty and have sentence imposed accordingly,

IN CHAMBERS at Gainesville, Florida, this 21st day of December, 2022.

s/ *Midori A, Lowry*
Midori A. Lowry
United States Magistrate Judge

3

## **NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within <u>24 hours</u> after receiving a copy of this report and recommendation.**