# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.   Case No. 1:22-cr-16-AW

EMMANUEL MARTINEZ VEGA,

   Defendant.

_____/

## ORDER ACCEPTING GUILTY PLEA

I have considered the magistrate judge's report and recommendation (ECF No. 103), to which there has been no timely objection. I also reviewed an unofficial plea hearing transcript.

The report and recommendation is adopted, and Defendant's guilty plea as to Count I is ACCEPTED. Sentencing is set for March 21, 2023 at 3:00 p.m.

SO ORDERED on December 23, 2022.

                                        s/ *Allen Winsor*
                                        United States District Judge